# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————

NCWPCS MPL 19-YEAR SITES TOWER HOLDINGS, LLC; CCATT, LLC; and GLOBAL SIGNAL ACQUISITIONS, IV, LLC,

Appellants,

v.

ROBERT DANIEL KEENE, an individual, D&B LANDSCAPING, LLC, and MBD TOWER ENTERPRISES, LLC,

Appellees.

No. 2D22-4094

—————————————

March 20, 2024

Appeal from the Circuit Court for Hillsborough County; Rex Martin Barbas, Judge.

Jack J. Aiello, Christopher P. Benvenuto, and John A. Schifino of Gunster, Yoakley & Stewart, P.A., West Palm Beach, for Appellants.

Raymond T. Elligett, Jr. and Amy S. Farrior of Buell & Elligett, P.A., Tampa, for Appellees.

Mark A. Linsky of Mark A. Linsky, P.A., Tampa, for Appellees Robert Daniel Keene and D&B Landscaping, LLC.

Walter O. Hobbs of Hobbs and Hobbs, P.L., Tampa, for Appellee MBD Tower Enterprises, LLC.

PER CURIAM.

Affirmed.

NORTHCUTT, CASANUEVA, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.